**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10109 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00286-APG-CWH-1 |
| v. | |
| ARMANDO BAZUA, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Andrew P. Gordon, District Judge, Presiding

Submitted October 15, 2019**

Before:    FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Armando Bazua appeals from the district court's judgment and challenges

the 40-month sentence imposed following his guilty-plea conviction for being a

felon in possession of firearms and aiding and abetting, in violation of 18 U.S.C.

§§ 922(g)(1), 924(a)(2), and 2.  We have jurisdiction under 28 U.S.C. § 1291.

---

  *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

  **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Reviewing de novo, *see United States v. Rivera-Constantino*, 798 F.3d 900, 902 (9th Cir. 2015), we affirm.

Bazua contends that the district court erred by finding that his previous conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, qualifies as a "controlled substance offense" under U.S.S.G. § 2K2.1(a)(4)(A). As Bazua concedes, this claim is foreclosed. *See* U.S.S.G. § 2K2.1 cmt. n.1 ("controlled substance offense" has the same definition as that provided in U.S.S.G. 4B1.2(b) & cmt. n.1); U.S.S.G. 4B1.2(b) & cmt. n.1 ("controlled substance offense" includes "conspiring . . . to commit" an offense under federal law, punishable by imprisonment for a term exceeding one year, that prohibits the possession of a controlled substance with intent to distribute); *Rivera-Constantino*, 798 F.3d at 904-05 (21 U.S.C. § 846 is a categorical match for the definition of conspiracy in the Guidelines).

**AFFIRMED.**